JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Midland Euro Exchange Inc., <br> Plaintiff, <br> v. <br> Defendants. | Case No. CV 09-06498-ODW <br><br> **ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

OTIS D. WRIGHT, II
United States District Judge