JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Midland Euro Exchange Inc.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br><br><br><br>　　　　　Defendants.<br>_____ | Case No. CV 09-06498-ODW<br><br>**ORDER OF DISMISSAL** |

　　　THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

　　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　United States District Judge